AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MCAULIFFE, STEVEN J | U.S. DISTRICT COURT - N.H. | 05/12/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2007 <br> to <br> 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| WARREN B. RUDMAN COURTHOUSE <br> 55 PLEASANT STREET, ROOM 416 <br> CONCORD, N.H. 03301 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Fellow | New Hampshire Bar Foundation |
| 2. Director | Challenger Center for Space Science Education |
| 3. Trustee | Trust #1 |
| 4. Shareholder (50 percent) | Pleasant Lake Air, Inc., LLC |
| 5. Partner | Pinchers' Investment Group (Neighborhood Investment Club) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 MAY 13 A 11: 58
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/12/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/12/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citibank | Credit Card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Note Rec. R. Jobin | | None | K | T | | | | | |
| 2. NOW Acct Bow Mills Bank (Acquired 4/30 by Merr. Cty. Sav Bk) | A | Interest | J | T | | | | | |
| 3. IRA Inv Co Amer Mut Fund | B | Dividend | L | T | | | | | |
| 4. IRA Wash Mut Inv Fund | A | Dividend | J | T | | | | | |
| 5. Exxon Mobil Corp. | A | Dividend | J | T | Partial Sale | 1/8 | J | D | Mkt |
| 6. Bow Mills Bank Stock (D) | | None | | | Sold | 4/30 | N | G | Merr. Cty. Sav. Bk. |
| 7. UBS Retirement Money Fund | A | Interest | J | T | | | | | |
| 8. Citigroup, Inc. | A | Dividend | J | T | | | | | |
| 9. IRA Franklin Templeton For. Fund | A | Dividend | L | T | | | | | |
| 10. IRA PA PACE Large Comp. Value Fund | A | Dividend | | | Sold | 5/10 | K | A | Mkt |
| 11. Medtronic Inc. | A | Dividend | | | Sold | 2/9 | J | A | Mkt |
| 12. Pinchers' Investment Group Ptnshp Share | A | Dividend | J | T | | | | | |
| 13. -BCR | A | Dividend | | | Sold | 3/16 | J | B | Mkt |
| 14. -MDT | A | Dividend | | | Sold | 9/17 | J | A | Mkt |
| 15. -MSFT | A | Dividend | J | T | | | | | |
| 16. -PFE | A | Dividend | | | Sold | 1/12 | J | A | Mkt |
| 17. -Dentsply Int. Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -BAC | A | Dividend | J | T | | | | | |
| 19. -Air Products & Chem. | A | Dividend | J | T | | | | | |
| 20. -Oceaneering Intnl Inc. | A | Dividend | J | T | | | | | |
| 21. -Whiting Petroleum Corp. | A | Dividend | J | T | | | | | |
| 22. -Diageo (DEO) | A | Dividend | J | T | | | | | |
| 23. -Energy Ptnrs Ltd. (EPL) | A | Dividend | | | Sold | 7/19 | J | A | Mkt |
| 24. -Johnson & Johnson (JNJ) | A | Dividend | | | Sold | 11/16 | J | A | Mkt |
| 25. -Tata Mtrs. (TTM) | A | Dividend | J | T | | | | | |
| 26. -BHP Billiton Ltd ADR | A | Dividend | | | Buy | 3/28 | J | | Mkt |
| 27. -Gilead Sciences Inc. | A | Dividend | | | Buy | 9/17 | J | | Mkt |
| 28. -MEMC Electr. Matls. | A | Dividend | | | Buy | 10/12 | J | | Mkt |
| 29. -Quest Diagnostics | A | Dividend | | | Buy | 2/9 | J | | Mkt |
| 30. -Suntech Power Hldgs. | A | Dividend | | | Buy | 7/19 | J | | Mkt |
| 31. -Unilever NV | A | Dividend | | | Buy | 3/28 | J | | Mkt |
| 32. -USG Corp. | A | Dividend | | | Buy | 1/12 | J | | Mkt |
| 33. -Zebra Technologies | A | Dividend | | | Buy | 4/13 | J | | Mkt |
| 34. Bank of America Corp. | A | Dividend | J | T | Partial Sale | 12/27 | J | A | Mkt |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Lowes Cos, Inc. | A | Dividend | | | Sold | 3/7 | J | A | Mkt |
| 36. CVS Caremark Corp. | A | Dividend | K | T | | | | | |
| 37. Motorola, Inc. | A | Dividend | | | Sold | 1/11 | J | B | Mkt |
| 38. Petroleo Brasileiro | A | Dividend | K | T | Partial Sale | 1/16 | K | E | Mkt |
| 39. Praxair, Inc. | A | Dividend | K | T | | | | | |
| 40. Staples | A | Dividend | | | Sold | 5/10 | K | D | Mkt |
| 41. LM Ericsson Telefon Co. | A | Dividend | | | Sold | 12/11 | J | A | Mkt |
| 42. IRA J Shares Russell Fund | A | Dividend | K | T | | | | | |
| 43. IRA Midcap SPDR TR | A | Dividend | K | T | | | | | |
| 44. Fed. Prime MM Fund | A | Dividend | J | T | | | | | |
| 45. BMB NOW Acct. (2)(Acquired by Merr. Cty. Sav. Bk. 4/30) | B | Interest | M | T | | | | | |
| 46. Cemex S A | A | Dividend | J | T | | | | | |
| 47. Ishares Trust S&P Tele | A | Dividend | J | T | | | | | |
| 48. Internet Holders Trust | A | Dividend | | | Sold | 5/10 | J | A | Mkt |
| 49. Aus & NZ Bkg Grp | A | Dividend | | | Sold | 5/10 | J | C | Mkt |
| 50. Diageo (DEO) | | None | J | T | | | | | |
| 51. Franklin Res. Inc. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Thermo Fisher Sci. (TMO) | | None | J | T | | | | | |
| 53. Am Cap Str. Ltg. | A | Dividend | | | Sold | 1/8 | J | B | Mkt |
| 54. NFJ DVD Int & Pr FD | A | Dividend | K | T | Partial Sale | 6/13 | J | A | Mkt |
| 55. United Health Group Inc. | A | Dividend | | | Sold | 2/9 | J | A | Mkt |
| 56. Wellpoint, Inc. | A | Dividend | J | T | | | | | |
| 57. Enterprise Prods. Ptnrs. | A | Dividend | J | T | | | | | |
| 58. MFS Intnl Divers. FD | A | Dividend | J | T | | | | | |
| 59. Agree Realty Corp. | A | Dividend | | | Sold | 4/2 | J | A | Mkt |
| 60. Suncor Energy Inc. | A | Dividend | | | Sold | 9/25 | J | C | Mkt |
| 61. Chesapeake Energy Corp. | A | Dividend | J | T | | | | | |
| 62. Joy Global Inc. | A | Dividend | K | T | | | | | |
| 63. Citizens Commo. Co. | A | Dividend | J | T | | | | | |
| 64. Cohen & Steers Prem. Inc. Realty Fund | A | Dividend | | | Sold | 1/17 | J | A | Mkt |
| 65. Kinder Morgan Energy LP | A | Dividend | J | T | | | | | |
| 66. Alaska Com Sys Grp Inc. | A | Dividend | J | T | | | | | |
| 67. Penn VA Resource Pt. LP | A | Dividend | J | T | Addl. Buy | 10/2 | J | | Mkt |
| 68. Cohen & Steers Select Util Fd | A | Dividend | | | Sold | 8/17 | J | A | Mkt |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Nordic Am. Tanker Shipping Ltd | A | Dividend | | | Sold | 11/30 | J | A | Mkt |
| 70. GMH CMNTYS TR | A | Dividend | | | Sold | 4/2 | J | A | Mkt |
| 71. American Intnl Grp | A | Dividend | | | Sold | 8/6 | J | A | Mkt |
| 72. Bayer AG Spon ADR | A | Dividend | | | Buy | 9/5 | K | | Mkt |
| 73. Bayer AG Spon ADR | A | Dividend | | | Sold | 10/24 | K | B | Mkt |
| 74. Adobe Systems, Inc. | A | Dividend | J | T | Buy | 10/29 | J | | Mkt |
| 75. Cisco Systems, Inc. | A | Dividend | J | T | Buy | 10/29 | J | | Mkt |
| 76. Goodrich Corp. | A | Dividend | J | T | Buy | 5/10 | J | | Mkt |
| 77. Myriad Genetics, Inc | A | Dividend | K | T | Buy | 9/5 | K | | Mkt |
| 78. Shire PLC ADR | A | Dividend | J | T | Buy | 5/10 | J | | Mkt |
| 79. Williams Cos., Inc. | A | Dividend | J | T | Buy | 10/29 | J | | Mkt |
| 80. Ishares TR Russell 2000 Index Fund | A | Dividend | J | T | Buy | 5/10 | J | | Mkt |
| 81. Ishares TR Russell Midcap Val. Index Fund | A | Dividend | J | T | Buy | 5/10 | K | | Mkt |
| 82. Allied Capital Corp. | A | Dividend | | | Buy | 1/25 | J | | Mkt |
| 83. Allied Capital Corp. | A | Dividend | | | Sold | 11/30 | J | A | Mkt |
| 84. Apollo Inv. Corp. | A | Dividend | | | Buy | 3/16 | J | | Mkt |
| 85. Apollo Inv. Corp. | A | Dividend | | | Sold | 8/6 | J | A | Mkt |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Blackrock Cap & Income | A | Dividend | | | Buy | 11/8 | J | | Mkt |
| 87. Blackrock Cap & Income | A | Dividend | | | Sold | 12/20 | J | A | Mkt |
| 88. Cohen & Steers | A | Dividend | | | Buy | 4/18 | J | | Mkt |
| 89. Cohen & Steers | A | Dividend | | | Sold | 8/17 | J | A | Mkt |
| 90. Cons Communications | A | Dividend | | | Buy | 8/1 | J | | Mkt |
| 91. Cons Communications | A | Dividend | | | Sold | 4/30 | J | A | Mkt |
| 92. DWS RREEF | A | Dividend | | | Buy | 1/11 | J | | Mkt |
| 93. DWS RREEF | A | Dividend | | | Sold | 4/3 | J | A | Mkt |
| 94. Nuveen Equity | A | Dividend | | | Buy | 9/6 | J | | Mkt |
| 95. Nuveen Equity | A | Dividend | | | Sold | 12/20 | J | A | Mkt |
| 96. Paragon Shipping | A | Dividend | | | Buy | 9/19 | J | | Mkt |
| 97. Paragon Shipping | A | Dividend | J | T | Partial Sale | 11/13 | J | B | Mkt |
| 98. Diana Shipping | A | Dividend | | | Buy | 4/4 | J | | Mkt |
| 99. Diana Shipping | A | Dividend | K | T | Partial Sale | 11/13 | J | B | Mkt |
| 100. Norfolk South. Corp. | A | Dividend | J | T | Buy | 10/2 | J | | Mkt |
| 101. Kraft Foods | A | Dividend | J | T | Buy | 4/9 | J | | Mkt |
| 102. American Eagle Outfitters | A | Dividend | J | T | Buy | 12/11 | J | | Mkt |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Altria Group | A | Dividend | J | T | Buy | 3/7 | J | | Mkt |
| 104. Lloyds TSB Group | A | Dividend | J | T | Buy | 11/30 | J | | Mkt |
| 105. Blackrock ENH Div Tr Com | A | Dividend | J | T | Buy | 11/14 | J | | Mkt |
| 106. Eaton Vance Tax Mng Buywrite Inc. | A | Dividend | J | T | Buy | 12/20 | J | | Mkt |
| 107. Eaton Vance Tax Mng. | A | Dividend | J | T | Buy | 12/20 | J | | Mkt |
| 108. Nicholas-Applegate Intnl & Prem. | A | Dividend | J | T | Buy | 12/27 | j | | Mkt |
| 109. Alpine Dyn. Div. Fund | A | Dividend | J | T | Buy | 1/30 | J | | Mkt |
| 110. Blackrock Real Asset Tr | A | Dividend | J | T | Buy | 7/13 | J | | Mkt |
| 111. Reliance Steel & Al. | A | Dividend | | | Buy | 5/10 | J | | Mkt |
| 112. Reliance Steel & Al. | A | Dividend | | | Sold | 9/5 | J | A | Mkt |
| 113. IRA Ishares Russell Mid-cap | A | Dividend | K | T | Buy | 5/10 | K | | Mkt |
| 114. IRA Saytem Comp. Svcs. | A | Dividend | J | T | Buy | 5/10 | J | | Mkt |
| 115. Bow Mills Bank Stock [C] | | None | | | Sold | 4/30 | L | F | Merr. Cty. Sav. Bk. |
| 116. Bank of Am. Corp. [C] | A | Dividend | K | T | | | | | |
| 117. Lowes Cos., Inc. [C] | A | Dividend | J | T | | | | | |
| 118. BP PLC ADR [C] | A | Dividend | K | T | | | | | |
| 119. Fed. Prime Obig. MM Fund [C] | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Allied Capital Corp [C] | A | Dividend | | | Sold | 11/30 | J | A | Mkt |
| 121. Wellpoint, Inc. [C] | A | Dividend | K | T | | | | | |
| 122. Kinder Morgan Energy Ptnrs. LP [C] | A | Dividend | J | T | | | | | |
| 123. CVS Caremark Corp. [C] | A | Dividend | K | T | | | | | |
| 124. United Health Group [C] | A | Dividend | | | Sold | 2/9 | J | A | Mkt |
| 125. Cemex S.A. [C] | A | Dividend | K | T | | | | | |
| 126. Suncor Energy [C] | A | Dividend | | | Sold | 1/8 | J | A | Mkt |
| 127. Citigroup Inc. [C] | A | Dividend | J | T | | | | | |
| 128. American Cap Str Ltd. [C] | A | Dividend | | | Sold | 8/6 | J | A | Mkt |
| 129. NFJ Dvd Int & PR FD [C] | A | Dividend | K | T | | | | | |
| 130. Enterprise Prod Pt [C] | A | Dividend | K | T | | | | | |
| 131. Medtronic Inc [C] | A | Dividend | | | Sold | 3/6 | J | A | Mkt |
| 132. Ing Global Eq [C] | A | Dividend | | | Sold | 6/13 | J | A | Mkt |
| 133. United Health Group [C] | A | Dividend | | | Sold | 2/9 | J | A | Mkt |
| 134. Am. Intnl Grp Inc. [C] | A | Dividend | | | Sold | 8/6 | J | A | Mkt |
| 135. Blackrock En. Div. Tr. [C] | A | Dividend | | | Sold | 6/13 | J | A | Mkt |
| 136. MFS Intnl Div FD [C] | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Agree Realty [C] | A | Dividend | | | Sold | 4/2 | J | A | Mkt |
| 138. Chesapeake Energy [C] | A | Dividend | K | T | | | | | |
| 139. Citizens Commo [C] | A | Dividend | K | T | | | | | |
| 140. Joy Global [C] | A | Dividend | K | T | | | | | |
| 141. Cohen & Steers Prem Rlty FD [C] | A | Dividend | | | Sold | 8/17 | J | A | Mkt |
| 142. Cohen & Steers Select Util Fund Inc. [C] | A | Dividend | | | Sold | 8/17 | J | A | Mkt |
| 143. Penn VA Res. Ptnrs. [C] | A | Dividend | J | T | | | | | |
| 144. Alaska Comm. Sys [C] | A | Dividend | J | T | | | | | |
| 145. Nordic Am Tanker Ltd [C] | A | Dividend | | | Sold | 1/8 | J | A | Mkt |
| 146. GMH CMNTYS Tr [C] | A | Dividend | | | Sold | 4/2 | J | A | Mkt |
| 147. Alpine Ser Tr [C] | A | Dividend | K | T | | | | | |
| 148. Alliance Resource Ptnrs [C] | A | Dividend | K | T | Buy | 10/16 | K | | Mkt |
| 149. Altria Group [C] | A | Dividend | J | T | Buy | 3/7 | J | | Mkt |
| 150. Kraft Foods, Inc. [C] | A | Dividend | J | T | Buy | 4/2 | J | | Mkt |
| 151. Paragon Shipping [C] | A | Dividend | J | T | Buy | 12/18 | J | | |
| 152. Diana Shipping Inc. [C] | A | Dividend | J | T | Buy | 3/19 | J | | Mkt |
| 153. Lloyd's TSB Grp [C] | A | Dividend | K | T | Buy | 11/30 | K | | Mkt |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Blackrock Real Asset [C] | A | Dividend | K | T | Buy | 4/16 | K | | Mkt |
| 155. Blackrock Cap & Inc Str [C] | A | Dividend | J | T | Buy | 4/16 | J | | Mkt |
| 156. Eaton Vance Tax Mng Buywrite Inc. [C] | A | Dividend | K | T | Buy | 12/11 | K | | Mkt |
| 157. Eaton Vance Tax Mng [C] | A | Dividend | K | T | Buy | 12/20 | K | | Mkt |
| 158. Nicholas-Applegate Intnl. & Prem. Str. [C] | A | Dividend | K | T | Buy | 12/27 | K | | Mkt |
| 159. Advent Claymore G&I [C] | A | Dividend | | | Buy | 3/22 | J | | Mkt |
| 160. Advent Claymore G&I [C] | A | Dividend | | | Sold | 9/18 | J | A | Mkt |
| 161. Allied Capital [C] | A | Dividend | | | Buy | 9/27 | J | | Mkt |
| 162. Allied Capital [C] | A | Dividend | | | Sold | 11/30 | J | A | Mkt |
| 163. CEF Apollo [C] | A | Dividend | | | Buy | 1/31 | K | | Mkt |
| 164. CEF Apollo [C] | A | Dividend | | | Sold | 8/6 | K | A | Mkt |
| 165. Blackrock ENH Div [C] | A | Dividend | | | Buy | 10/23 | J | | Mkt |
| 166. Blackrock ENH Div [C] | A | Dividend | | | Sold | 12/11 | J | A | Mkt |
| 167. DWS RREEF [C] | A | Dividend | | | Buy | 1/12 | K | | Mkt |
| 168. DWS RREEF [C] | A | Dividend | | | Sold | 4/2 | K | A | Mkt |
| 169. Canadian Coal [C] | A | Dividend | | | Buy | 4/4 | K | | Mkt |
| 170. Canadian Coal [C] | A | Dividend | | | Sold | 5/25 | K | A | Mkt |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. ING [C] | A | Dividend | | | Buy | 6/6 | K | | Mkt |
| 172. ING [C] | A | Dividend | | | Sold | 9/26 | K | A | Mkt |
| 173. Nuveen Equity [C] | A | Dividend | | | Buy | 9/6 | K | | Mkt |
| 174. Nuveen Equity [C] | A | Dividend | | | Sold | 11/8 | K | A | Mkt |
| 175. Thornburg Mtg [C] | A | Dividend | | | Buy | 9/6 | J | | Mkt |
| 176. Thornburg Mtg [C] | A | Dividend | | | Sold | 11/15 | J | A | Mkt |
| 177. Nordic Am. Tanker [C] | A | Dividend | | | Buy | 8/6 | K | | Mkt |
| 178. Nordic Am Tanker [C] | A | Dividend | | | Sold | 12/12 | K | A | Mkt |
| 179. RMA Tax-Free Fund [K] | A | Interest | K | T | Buy | 6/25 | K | | Mkt |
| 180. UBS Pace MM Inv Fund Class P [K] | A | Interest | J | T | Buy | 6/25 | J | | Mkt |
| 181. Am Funds Growth Fund of Am Class F [K] | A | Dividend | J | T | Buy | 6/25 | J | | Mkt |
| 182. John Hancock Classic Val Fund Class A [K] | A | Dividend | J | T | Buy | 6/25 | J | | Mkt |
| 183. Oppenheimer Main St. Small Cap Fd A [K] | A | Dividend | J | T | Buy | 6/25 | J | | Mkt |
| 184. RS Value Fund Class A [K] | A | Dividend | J | T | Buy | 6/25 | J | | Mkt |
| 185. Thornburg Intnl Value Fund Class A [K] | A | Dividend | J | T | Buy | 6/25 | J | | Mkt |
| 186. DWS Core Fixed Income Fund Class A [K] | A | Dividend | J | T | Buy | 6/25 | J | | Mkt |
| 187. FT Templeton Global Bond A [K] | A | Dividend | J | T | Buy | 6/25 | J | | Mkt |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Manager's Bond Fund [K] | A | Dividend | J | T | Buy | 6/25 | J | | Mkt |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $30,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/12/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART I. POSITIONS.
    Pleasant Lake Air, Inc., LLC, is a corporation formed to own a Cessna 182 Skylane single engine private airplane. I own a one-half interest in the corporation (and thus the airplane).

PART VI. LIABILITIES.
    I own a summer cottage with a former law partner, Edward E. Shumaker, III, as tenants in common, which property is mortgaged in part. That liability is not disclosed since it is secured by real property which is a personal residence.

PART VII. INVESTMENTS AND TRUSTS.
    Trust #1 assets are listed in Part VII, identified by the designation '[c]."

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/12/2008 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY ... T TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One·Columbus Circle, N.E.·
Washington, D.C. 20544